UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SCOTT ALLEN DIETER,<br><br>                Petitioner,<br>    v.<br>STATE OF NEVADA, *et al.*,<br><br>                Respondents. | Case No. 3:21-cv-00241-MMD-WGC<br><br>ORDER |

Petitioner Scott Allen Dieter, a Nevada state prisoner proceeding *pro se*, commenced this action by filing a Petition for Writ of Habeas Corpus (ECF No. 1-1). This habeas matter is before the Court on Dieter's Application for Leave to Proceed *In Forma Pauperis* ("IFP") (ECF No. 1) and Motion for Appointment of Counsel (ECF No. 1-2). For the reasons discussed below, Dieter's IFP Application is denied, Dieter is instructed to pay the filing fee within 30 days, and the Court defers consideration of his Motion for Appointment of Counsel and initial review under the Rules Governing Section 2254 Cases.

Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize a person to begin an action without prepaying fees and costs if the person submits an IFP application on the approved form along with the appropriate supporting documentation. *See* 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Here, although Dieter submitted the required form, the supporting documents show he is able to pay the $5.00 filing fee. Thus, Dieter does not qualify for a fee waiver. The Court therefore denies his IFP application. Dieter has 30 days from the date of this order to have the filing fee sent to the Clerk of Court.

It is therefore ordered that Petitioner's Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) is denied.

It is further ordered that the initial screening of Dieter's Petition for Writ of Habeas Corpus (ECF No. 1-1) and consideration of Dieter's Motion for Appointment of Counsel (ECF No. 1-2) is deferred until such time as he has fully complied with this order.

It is further ordered that Dieter must pay the $5.00 filing fee within 30 days of the date of entry of this order.

The Clerk of Court is directed to mail Dieter two copies of this order. Dieter must make the necessary arrangements to have a copy of this order attached to the check for the filing fee.

Failure to timely comply with this order will result in the dismissal of this action without further advance notice.

DATED THIS 1st Day of July 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE