# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

| | |
|---|---|
| SCOTT ALLEN DIETER,<br><br>                           Petitioner,<br>    v.<br>STATE OF NEVADA, *et al.*,<br><br>                          Respondents. | Case No. 3:21-cv-00241-MMD-WGC<br><br>ORDER |

Good cause appearing, it is therefore ordered that Respondents' first motion for enlargement of time (ECF No. 11) is granted. Respondents have until December 6, 2021, to answer or otherwise respond to Petitioner's petition for writ of habeas corpus.

DATED THIS 17th Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE