UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| SCOTT ALLEN DIETER,<br><br>　　　　　　　　　Petitioner,<br>　v.<br><br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:21-cv-00241-MMD-CSD<br><br>ORDER |

Respondents filed a motion requesting a 60-day enlargement of time to file an answer to petitioner's habeas corpus petition. (ECF No. 28 ("Motion").) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Respondents' motion for extension of time to file an answer to the petition (ECF No. 28) is granted. The deadline to file the answer is October 11, 2022.

DATED THIS 10th Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE