UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SCOTT ALLEN DIETER,<br><br>　　　　　　Petitioner,<br>　v.<br><br>PERRY RUSSEL, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:21-cv-00241-MMD-CSD<br><br>ORDER |

This habeas matter comes before the Court on Petitioner Scott Allen Dieter's motion for enlargement of time. (ECF No. 32 ("Motion").) In his Motion, Dieter explains that he never received the Respondents' answer because it was mailed to the wrong address. (*Id.*) As such, Dieter requests a copy of the answer and an extension of time to file his reply brief. (*Id.*)

The Respondents' answer, which was filed on October 10, 2022, was sent to Dieter at the Northern Nevada Correctional Center. (*See* ECF No. 30 at 13.) However, on October 27, 2021, Dieter filed a notice of change of address, stating that he had moved to the Stewart Conservation Camp. (ECF No. 12.) The Respondents filed a corrected certificate of service on November 1, 2022, showing that their answer was resent to Dieter at the Stewart Conservation Camp. (ECF No. 31.) Because the Respondents' answer was just resent to Dieter, the Court finds good cause to extend his deadline for filing his reply.

///

///

///

///

1    It is therefore ordered that Petitioner's motion for enlargement of time (ECF No. 32) is granted. Petitioner will have up to and including December 16, 2022, to file his reply.

DATED THIS 1st Day of November 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE